No. 14-1397
_____

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
_____

**HOSPIRA, INC. and ORION CORPORATION,**

*Plaintiffs-Appellees,*

v.

**SANDOZ, INC. and SANDOZ CANADA INC.,**

*Defendants-Appellees,*

v.

**CARACO PHARMACEUTICAL LABORATORIES, LTD.,**

*Movant-Appellant.*
_____

Appeal from the United States District Court for the District of New Jersey,
case no. 3:09-cv-04591-MLC-TJB, Judge Mary L. Cooper

---

**APPELLEES SANDOZ INC. AND SANDOZ CANADA INC.'S
NOTICE OF JOINDER IN AND INCORPORATION BY REFERENCE OF
THE BRIEF FOR APPELLEES HOSPIRA, INC. AND ORION
CORPORATION**

---

MATTHEW M. D'AMORE
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-468-8000

DEANNE E. MAYNARD
BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-887-8740
DMaynard@mofo.com

*Counsel for Defendants-Appellees Sandoz Inc. and Sandoz Canada Inc.*

# CERTIFICATE OF INTEREST

Counsel for defendants-appellees Sandoz Inc. and Sandoz Canada Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Sandoz Inc. and Sandoz Canada Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

Novartis AG

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

HILL WALLACK, LLP: Eric L. Abraham, Christina L. Saveriano
MORRISON & FOERSTER LLP: David C. Doyle, Eric Acker, Matthew M. D'Amore, Kyle W. Mooney, Deanne E. Maynard, Brian R. Matsui, Natalie R. Ram*, Benjamin R. Carlisle*, Thomas C. Chen*

* *No longer with firm*

Dated:  August 18, 2014                    /s/ Deanne E. Maynard
                                           Deanne E. Maynard

**NOTICE OF JOINDER AND INCORPORATION BY REFERENCE PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 28(i)**

Pursuant to Rule 28(i) of the Federal Rules of Appellate Procedure, appellees Sandoz Inc. and Sandoz Canada Inc. (collectively, "Sandoz") hereby join in the brief for appellees Hospira, Inc. and Orion Corporation (collectively, "Hospira"), and incorporate that brief herein by reference. For the reasons stated in Hospira's brief, this Court should dismiss Caraco's appeal of the denial of permissive intervention or affirm the district court's denial of Caraco's motion to intervene. Regardless, this Court should not reach the merits of the district court's vacatur decision because nonparty Caraco cannot appeal that portion of the district court's order. In any event, for all the reasons Hospira explains, the district court's decision to vacate is correct.

                                      Respectfully submitted,

Dated:  August 18, 2014                /s/ Deanne E. Maynard
                                                      DEANNE E. MAYNARD
                                                      BRIAN R. MATSUI
                                                      MORRISON & FOERSTER LLP
                                                      2000 Pennsylvania Avenue NW
                                                      Washington, DC 20006
                                                      Telephone: 202-887-8740
                                                      DMaynard@mofo.com

                                                      MATTHEW M. D'AMORE
                                                      MORRISON & FOERSTER LLP
                                                      250 West 55th Street
                                                      New York, NY 10019
                                                      Telephone: 212-468-8000

                                                      *Counsel for Defendants-Appellees*
                                                      *Sandoz Inc. and Sandoz Canada Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on August 18, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated:  August 18, 2014                                /s/ Deanne E. Maynard
                                                                           Deanne E. Maynard